No. 06-14-00201-CR

IN The Sixth Court of Appeals

Texarkana, Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/27/2015 4:34:52 PM
DEBBIE AUTREY
Clerk

MARK VICTOR DHEIL,

*Appellant,*

V.

THE STATE OF TEXAS,

*Appellee.*

MOTION TO WITHDRAW PURSUANT TO

*ANDERS V. CALIFORNIA*, 386 U.S. 738 (1967)

TO THE HONORABLE SIXTH COURT OF APPEALS:

NOW COMES JEFF T. JACKSON, counsel for Appellant Mark Victor Dheil, and hereby moves to withdraw from representation of Appellant pursuant to *Anders v. California*, 386 U.S. 738 (1967). In support of this motion, counsel shows as follows:

1

## I.

Counsel has thoroughly reviewed the record on appeal, and, for these reasons, is thoroughly familiar with the case.

## II.

Counsel has, in the exercise of his professional judgment, determined that the instant case presents no nonfrivolous issues for appeal, and, in accordance with the Supreme Court's decision in *Anders v. California*, 386 U.S. 738 (1967), now so advise the court and requests permission to withdraw. *Anders*, *id*. at 744.

## III.

In accordance with *Anders*, counsel has, contemporaneously with this motion, filed a brief outlining all issues which might arguably support an appeal and explaining why those issues are meritless. *Anders*, *Id*.

## IV.

Counsel has furnished Appellant with a copy of said brief, and a copy of this motion, thus apprising Appellant of counsel's actions. Counsel has also furnished Appellant with the record on appeal and instructions on filing a *Pro Se* Appellant's Brief.

V.

Having determined that the instant appeal is wholly frivolous, and having complied with the briefing and notice requirements of *Anders v. California*, counsel now requests that he be allowed to withdraw, pursuant to *Anders*.

WHEREFORE, PREMISES CONSIDERED, it is prayed that the Court grant counsel's request and allow counsel to withdraw from this case, pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Respectfully submitted,

_____

Jeff T. Jackson

SBOT No. 24069976

736-A Hwy 259 N.

Kilgore, TX 75662

Phone:   903-654-3362

Fax:     817-887-4333

*Attorney for Appellant,*

*Mark Victor Dheil*

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, I certify that on January 26, 2015, a copy of this motion was mailed via first class U.S. mail, postage prepaid, to the following:

Micheal Jimerson:
Rusk County District Attorney
SBOT: 00789406
115 N. Main St.
Henderson, TX 75652

Mark Victor Dheil
TDCJ No. 01965767
SID No. 06344978
Choice Moore
    Transfer Facility
1700 N. FM 87
Bonham, TX 75418

Jeff T. Jackson
Attorney for Appellant

4